AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

v.

ANNE HALL

Case Number: 07-CR-00406 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANNE HALL

I certify that I am admitted to practice in this court.

May 22, 2007
Date

*[Signature]*
Signature

Lee Ginsberg — 7724
Print Name — Bar Number

30 Vesey Street, Ste. 100
Address

New York   NY   10007
City   State   Zip Code

(212) 608-0808   (212) 962-9696
Phone Number   Fax Number