UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

-v-

Clyde Hall
Anne Hall

              Defendants.

Case No. 07-CR-406 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes,

      IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **June 21, 2007 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:     June 18, 2007
             New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE