**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 3, 2007

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 920
New York, New York  10007

                    Re:   <u>United States</u> v. <u>Clyde W. Hall and Anne Hall</u>
                          07 Cr. 406 (KMK)

Dear Judge Karas:

        The Government respectfully submits this letter to
confirm that the pre-trial conference scheduled for July 2, 2007
at 10:00 a.m., has been adjourned until July 10, 2007 at 12:15
p.m.  In addition, the Government respectfully requests that the
time between July 2, 2007 and the next pre-trial conference on
July 10, 2007 be excluded under the Speedy Trial Clock, based on
a finding that the ends of justice served by the continuance
outweigh the best interests of the public and the defendants in a
speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the
parties to continue to discuss a pre-trial disposition of this
case, as well as to allow the defendants to review discovery.

*Granted. Time is excluded in the interests*
*of justice, for the reasons stated in this letter,*
*until July 10, 2007.  See 18 USC § 3161(h)(8)(A).*
*SO ORDERED*

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

KENNETH M. KARAS U.S.D.J.
7/3/07

                              By:  _____
                                   Thomas G. A. Brown
                                   Assistant United States Attorney
                                   (212) 637-2194

cc:  Martin Geduldig, Esq. (counsel for Clyde Hall) (via fax)
     Lee Ginsberg, Esq.  (counsel for Anne Hall) (via fax)