UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/07

-----------------------------------------X

UNITED STATES OF AMERICA,

-v-

CLYDE W. HALL and ANNE HALL,

Defendants.

-----------------------------------------X

ORDER
07 CR 406(KMK)

Upon the application of Martin Geduldig and Lee A. Ginsberg, the attorneys for the two above captioned defendants, and AUSA Thomas G.A. Brown having no objection to that application,

ORDERED that the conditions of bail previously fixed be modified as follows:

1. As defendants are permitted to travel to New Jersey to be with relatives and stay overnight. The New Jersey travel arrangements are to begin on Friday no earlier than 10:00 am, and are to conclude on Sunday, no later than 10:00 pm.

2. The defendants are to notify in writing pre-trial services of any planned New Jersey trip by the Wednesday before such trip, such written notification to be made by fax before 4:00 pm. The notice shall provide the address or addresses where the defendants will be staying and telephone numbers at which they can be contacted.

3. A copy of the notification shall be sent to AUSA Thomas G.A. Brown, or any individual he may designate.

4. Copies of this Order shall be sent to pre-trial services and AUSA Thomas G.A. Brown.



Dated: July 16, 2007
New York, New York

/s/ Kenneth M. Karas
The Honorable Kenneth M. Karas
United States District Judge
Southern District, New York