UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

CLYDE HALL AND ANNE HALL,

        Defendants.

No. 07 Cr. 406 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on October 25, 2007, the Court adopted the following schedule:

        Defendant Anne Hall shall file her motion for severance not later than Friday, November 9, 2007.

SO ORDERED.

Dated:    New York, New York
           October 25, 2007

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE