# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

November 16, 2007

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/21/07*

Re: **United States v. Anne Hall**
07 CR 406 (RJS)

Dear Judge Sullivan:

As I indicated during the last court appearance, due to the defendant's inability to obtain funds that will not be questioned by the government, at the court's direction I will appear with her to file the appropriate financial affidavit to have counsel assigned to represent her.

Accordingly, I respectfully request to be relieved as counsel for Ms. Hall.

Respectfully,

Lee Ginsberg

LG/cr

cc: Tom Brown, Esq. (AUSA)

*Counsel and Ms. Hall are to appear before the Court on December 6, 2007 at 12:30pm.*

*SO ORDERED.
Date: 11/21/07
RICHARD J. SULLIVAN, U.S.D.J.*