

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2007

**By Hand**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 615
New York, New York  10007

       Re:  United States v. Clyde W. Hall and Anne Hall
           07 Cr. 406 (RJS)

Dear Judge Sullivan:

       The Government respectfully submits this letter to request an approximately 30-day adjournment of the pre-trial conference in this case, which is currently scheduled for December 6, 2007 at 12:30 p.m., to January 7, 2008.  As the Assistant U.S. Attorney responsible for this case, I make this request because I am currently on annual leave from November 23, 2007 through December 7, 2007.  The extra time would permit me to respond to defendant Anne Hall's motion to, among other things, sever the charges against her from the Indictment, and for the parties to discuss a pre-trial resolution of this case.  The Government proposes to submit its response to Anne Hall's motion by December 21, 2007.

       In addition, the Government respectfully requests that the time between December 6, 2006 and January 7, 2008 be excluded under the Speedy Trial Clock, based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the Government to respond to Anne Hall's motion and for the parties to continue to discuss a pre-trial disposition of this case.

      Counsel for both defendants have informed me that they do not object to these requests.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: *Thn G.A.R* (signed)
Thomas G. A. Brown
Assistant United States Attorney
(212) 637-2194

cc: James Cohen, Esq. (counsel for Clyde W. Hall)
    Lee Ginsberg, Esq. (counsel for Anne Hall)

---

*[Handwritten order:]*

The Dec. 6, 2007 Conference is adjourned to December 11, 2007 at 4:30 pm. At that time, we will address the issue of Mr. Ginsberg's request to withdraw as counsel for Ms. Hall, as well as a briefing schedule for motions. The Government need not respond to the severance motion before the conference. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the time between Dec. 6 and Dec. 11 is excluded.

SO ORDERED
Dated: 11/30/07
RICHARD J. SULLIVAN
U.S.D.J.