UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

**United States of America**

-V-

**Anne Hall**

**Defendant.**

Case 07 cr 406 (RJS)

ORDER APPOINTING
COUNSEL

RICHARD J. SULLIVAN, District Judge:

The Court hereby ORDERS that Lee Ginsberg, Esq. be appointed as CJA counsel for the defendant.

SO ORDERED.

Dated:   December 12, 2007
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE