# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

February 12, 2008

Via ECF

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Anne Hall</u>
07 CR 406 (RJS)

Dear Judge Sullivan:

Our office represents Anne Hall with respect to the above captioned case. We respectfully request to join in the omnibus motion that was filed on behalf of Clyde Hall on February 4, 2008 with the exception of the severance request as said request was previously filed by undersigned counsel on defendant Anne Hall's behalf.

Respectfully,

Lee Ginsberg /by James Mace

Lee Ginsberg

LG/jcm

cc: AUSA Tom Brown, Esq. (Via ECF)