# FREEMAN, NOOTER & GINSBERG
## ——————ATTORNEYS AT LAW——————

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG
————
CHARLENE RAMOS
OFFICE MANAGER
*NY AND CALIF. BARS

March 11, 2008

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
————
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

Via ECF

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: <u>United States v. Anne Hall</u>
### 07 CR 406 (RJS)

Dear Judge Sullivan:

Our office represents Anne Hall with respect to the above captioned case. We respectfully request to join in the request that was filed by co-counsel James Cohen, and endorsed by this Court on March 11, 2008, for a one day extension of the time in which to file our reply to the Government's Opposition Response to defendant's previously filed motions.

Respectfully,

Lee Ginsberg /by James Colaee

Lee Ginsberg

LG/jcm

cc: AUSA Tom Brown, Esq. (Via ECF)