UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-v-<br><br>CLYDE HALL AND ANNE HALL,<br><br>      Defendants. | No. 07 Cr. 406 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

  The Court shall hold oral argument on the outstanding motions in this case on Friday, May 2, 2008 at 11:00 a.m. At oral argument, the parties should be prepared to address, *inter alia*, the necessity of an evidentiary hearing to address any disputed issues of fact relating to the suppression motions.

SO ORDERED.

Dated:  March 31, 2008
     New York, New York

                         RICHARD J. SULLIVAN
                         UNITED STATES DISTRICT JUDGE