# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

May 1, 2008

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

Re: <u>United States v. Anne Hall</u>
07 CR 406 (RJS)

Dear Judge Sullivan:

With the consent of the government by Tom Brown and Pre-Trial Services, I write to request permission for Anne Hall's travel restrictions to be temporarily modified to permit her to travel to Fort Lee, NJ to visit with her sister.

The specifics are as follows: Anne Hall would leave her home in New York at 11:00 a.m. and travel to New Jersey on Sunday, May 4, 2008, where she will have lunch with her sister, returning at 7 p.m. the same day.

Respectfully,

Lee Ginsberg /by J.C. Mace
Lee Ginsberg

LG/cr

cc: Tom Brown, Esq. (AUSA)

SO ORDERED
Dated: 5/1/08
RICHARD J. SULLIVAN
U.S.D.J.