# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

May 5, 2008

**BY ECF and BY HAND**
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Hall**
07 CR 406 (RJS)

Dear Judge Sullivan:

I was contacted by Professor Cohen's office on May 1, 2008 and advised that he was ill and wished to reschedule the oral argument previously set for May 2, 2008. I indicated that the proposed new dates, which I believe had been discussed with your courtroom deputy, were agreeable to me. However, the clients had not yet been consulted as to their availability. Apparently, before the Hall's were reached by Mr. Cohen's office there had been a discussion with your deputy by someone from his office and is was agreed that the matter would be adjourned to May 12, 2008. Shortly thereafter Mr. Hall spoke with someone in Professor Cohen's office and he advised them that Anne Hall, my client, was scheduled for oral surgery on May 12. Thereafter, it is my understanding that one of Professor Cohen's students called the court to try to change the May 12 date but was unable to do so.

I am able to appear on May 12, 2008 (although I did advise Mr. Cohen's office that I had to leave by 11:30 a.m. because I have a flight at 2:30 p.m. from JFK airport to travel out of the city on business), however, I would respectfully request that my client's presence be excused so that she may be able to go forward with the oral surgery. She has been in compliance with all of the conditions of her bail including court appearances.

Respectfully

Lee Ginsberg

cc: Professor James Cohen (By ECF)
Thomas A.G. Brown AUSA (By ECF)