# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

May 14, 2008

Via Fax: 212 805 7946

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

Re: **United States v. Anne Hall**
07 CR 406 (RJS)

Dear Judge Sullivan:

With the consent of the government by AUSA Tom Brown and Pre-Trial Services Officer Josh Rothman I write to request permission for Anne Hall's travel restrictions to be temporarily modified to permit her to travel to Fort Lee, NJ to visit with her sister-in-law.

The specifics are as follows: Anne Hall would leave her home in New York at 12:00 p.m. and travel to New Jersey on Sunday, May 18, 2008, where she will have dinner with her sister-in-law, returning at home before 10 p.m. the same day.

Respectfully,

Lee Ginsberg/by [signature]
Lee Ginsberg

LG/cr

cc: Tom Brown, Esq. (AUSA)(via fax: 212 637 2429)
PSO Josh Rothman (via fax: 212 805 4171)

SO ORDERED,
Date: 5/14/08
RICHARD J. SULLIVAN
U.S.D.J.