UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

   against

CLYDE HALL AND ANNE HALL,

              Defendants.

No. 07 Cr. 406 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the evidentiary hearing on July 3, 2008, the Court adopted the following schedule:

    Post-hearing submissions, if any, shall be filed and served on or before August 15, 2008.

    The parties shall also provide one copy of all exhibits introduced at the evidentiary hearing to Chambers on that date.

SO ORDERED.

Dated:    July 3, 2008
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE