PS 8
(8/88)

**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

U.S.A. vs. Anne Hall                                                                 Docket No. 07-CR-406-2

Petition for Action on Conditions of Pretrial Release

COMES NOW Joshua A. Rothman, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anne Hall, who was placed under pretrial supervision by the Honorable Gabriel W. Gorenstein sitting in the Court at Southern District of New York, on 1/9/07 under the following conditions:

$150,000 personal recognizance bond co-signed by three financially responsible persons, travel restricted to the Southern and Eastern Districts of New York, surrender travel documents (& no new applications), strict Pretrial Services supervision.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has been compliant with her bail conditions since her release in January 2007 and continues to report as instructed. Mrs. Hall appeared before Your Honor on July 3, 2008. No future court dates have been scheduled at this time. I have spoken with Assistant United States Attorney Thomas G.A. Brown and defense counsel Lee Ginsberg regarding this request. Neither party objected to the request.

**PRAYING THAT THE COURT WILL ORDER THAT** the defendant's bail conditions be reduced to regular Pretrial Services supervision.

ORDER OF COURT

Considered and ordered this 22nd day of July, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Richard J. Sullivan
United States District Judge

Respectfully,

_____
Joshua A. Rothman
Pretrial Services Officer

Place: SDNY, NY

Date: July 22, 2008