# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

\*NY AND CALIF. BARS

(212) 608-0808
(212) 962-9696 (FAX)

August 26, 2008

<u>VIA ECF</u>
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Anne Hall</u>
07 CR 406 (RJS)

Dear Judge Sullivan:

Our office represents Anne Hall with respect to the above captioned case.  We participated in the suppression hearing and respectfully request to join in the written memorandum that was submitted by James Cohen on August 22, 2008.

Respectfully,

*Lee Ginsberg*

Lee Ginsberg

cc: Thomas G.A. Brown, Esq. AUSA
     Prof. James Cohen, Esq.