UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES OF AMERICA,

   against

CLYDE HALL AND ANNE HALL,

              Defendants.

No. 07 Cr. 406 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court shall hold oral argument on the pending motions in this case on _September 19, 2008_ at _3pm_ in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
            September 4, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE